# IN THE UNITED STATES DISTRICT COURT
# FOR THE IOWA SOUTHERN DISTRICT
# EIGHTH CIRCUIT

08 APR -3 AM 8: 35

CLERK US DIST
SOUTHERN DISTRICT OF IA

MICHAEL J. MIRRAS, )
   Plaintiff, *ProSe'* )
  )
V. )    Case No.: 4:08cv123
  )    TRIAL BY JURY DEMANDED
Greentree Financial, Defendant )
Keith Anderson, Co-Defendant )

## AFFIDAVIT OF SERVICE

I hereby certify under penalty of perjury that a copy of the forgoing complaint Mirras vs. Greentree Defendant and Keith Anderson Co-Defendant was served by US Postal Service certified mail return receipt #700531100002732583338 at their place of business located at 345 St. Peter Street, St. Paul, Minnesota 55102, on March 29, 2008 along with a copy of the attached summons. Postal Service receipts attached.

*[signature]*
Michael J. Mirras, Plaintiff
2909 Cooper Lane
Marshalltown, IA. 50158
641-752-1682//753-0049

Subscribed and sworn before me, a Notary Public, of the State of Iowa, County of Marshall this  1st  day of  April  2008, that the above person did appear before me and was identified to be the person executing this document.

*[signature]* Janette M. Oetker

JANETTE M. OETKER
Commission Number 707374
My Commission Expires
12-18-09

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the Southern Division     District of     Iowa

Michael J. Mirras, Plaintiff ProSe'

V.

Greentree Financial Defendant
Keith Anderson, Co-Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

Greentree Financial Services, 345 St. Peter Street, Saint Paul, Minnesota 55102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Mirras, Plaintiff ProSe'
2909 Cooper Lane
Marshalltown, IA. 50158
641-352-0049/752-1682
michaelmirras@yahoo.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____[signature]_____     DATE _March 24, 2008_

(By) DEPUTY CLERK



# Track & Confirm

**Search Results**

Label/Receipt Number: 7005 3110 0002 7325 8338
Detailed Results:
- **Delivered, March 29, 2008, 9:35 am, SAINT PAUL, MN 55102**
- **Acceptance, March 27, 2008, 10:57 am, MARSHALLTOWN, IA 50158**

Track & Confirm
Enter Label/Receipt Number.
7005 3110 0002 7325 8338

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do          3/29/2008



Mr. Michael Mirras
2909 Cooper Ln.
Marshalltown, IA 50158

Clerk of the District Court
123 E. Walnut St., Room 300
P. O. Box 9344
Des Moines, IA 50306-9344