IN THE UNITED STATES DISTRICT COURT
FOR THE IOWA SOUTHERN DISTRICT
EIGHTH CIRCUIT

| | |
|---|---|
| MICHAEL J. MIRRAS, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:08-cv-123 |
| | ) |
| vs. | ) |
| | ) **ANSWER** |
| GREENTREE FINANCIAL, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| KEITH ANDERSON, | ) |
| | ) |
| Co-Defendant. | ) |

COMES NOW Defendants, Greentree Financial and Keith Anderson, and for their Answer state:

*Lines 1-7*   Admit Green Tree is a financial service company; deny that it is a debt collector as defined by the Fair Debt Collection Practices Act; and admit that it is a credit lender.

*Lines 8-12*   Admit the State of Iowa abides by the Fair Credit Reporting Act.

*Lines 14-15*   Defendants neither admit nor deny the statement in Paragraph 14-15 as it is a statement and not an allegation.

*Lines 16-22*   Deny the allegations in paragraphs 16 through 22.

*Lines 23-27*   Deny for lack of information.

## Count I

*Lines 29-35*   Defendants neither admit nor deny lines 29 through 35 as they do not make allegations against Defendants. If they are intended to be allegations against Defendants they are expressly denied.

WHEREFORE, Defendants ask that Count I of Plaintiff's Petition be dismissed at Plaintiff's cost.

*Lines 37-39*     Defendants re-answer and re-plead their answers to Lines 1-39 of Plaintiff's Petition.

## Count II

*Lines 42-54*     Defendants deny the allegations in Lines 42 – 54.

*Lines 55-56*     Defendants deny the allegations in Line 55-56.

*Lines 57-63*     Defendants deny the allegations in Lines 57-63 for lack of information.

WHEREFORE, Defendants ask that Count II of Plaintiff's Petition be dismissed at his cost.

## Count III

*Line 68*         Deny.

*Lines 69-112*    Defendants admit that Plaintiff has cited portions of the Fair Credit Reporting Act in Lines 69-112 but deny violating them.

*Lines 113-116*   Deny for lack of information.

WHEREFORE, Defendants ask that Count III of Plaintiff's Petition be dismissed at his cost.

*Lines 118-119*   Defendants re-answer and re-plead their answers to Lines 67-119 of Plaintiff's Petition.

## Count IV

*Line 121*        Deny.

*Line 121-149*    Defendants admit that Plaintiff has cited portions of the Fair Credit Reporting Act in Lines 122 through 149 but deny violating them.

*Line 150-156*    Deny for lack of information.

WHEREFORE, Defendants ask that Count IV of Plaintiff's Petition be dismissed at his cost.

*Line 158-159*    Defendants re-answer and re-plead their answers to Lines 120-159 of Plaintiff's Petition.

- 3 -

## Count V

*Lines 161-174*  Deny for lack of information.

*Line 175*  Deny.

*Line 176-181*  Deny for lack of information.

WHEREFORE, Defendants ask that Count V of Plaintiff's Petition be dismissed at his cost.

*Line 183-184*  Defendants re-answer and re-plead their answers to Lines 160-184 of Plaintiff's Petition.

## Count VI

*Lines 186-191*  Deny.

*Lines 192-193*  Deny.

*Lines 194-208*  Admit the Plaintiff has cited provisions of Section 1681 but deny having violated them.

WHEREFORE, Defendants ask that Count VI of Plaintiff's Petition be dismissed at his cost.

*Lines 210-211*  Defendants re-answer and re-plead their answers to Lines 185-211 of Plaintiff's Petition.

*Lines 212-215*  Deny.

*Lines 216-217*  Deny.

WHEREFORE, Defendants ask that Count VI of Plaintiff's Petition be dismissed at his cost.

*Line 226*  Defendants re-answer and re-plead their answers to Lines 212-227 of Plaintiff's Petition.

*Lines 228-230*  Denies.

## AFFIRMATIVE DEFENSES

Defendants state as follows for their affirmative defenses to Plaintiff's Petition:

1. Defendants were not debt collectors as defined under the Fair Debt Collection Practices Act.

2. Any violation of either the Fair Credit Reporting Act or Fair Debt Collection Act, which is expressly denied, were the result of a bona fide error.

3. Plaintiff's claim should be dismissed for insufficient process.

4. Plaintiff's claim should be dismissed for failing to state a claim for which relief can be granted.

_____
Troy D. Venner
Lane & Waterman LLP
220 N. Main, Suite 600
Davenport, Iowa 52801
(563) 324-3246

Copy to:

Michael J. Mirras, Plaintiff ProSe'
2909 Cooper Lane
Marshalltown, IA 50158

Proof of Service
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on April _23_, 2008.

By:   X U.S. Mail           ___Fax
      ___Hand Delivered     ___UPS
      ___FedEx              ___Other
Signature _Mimi K. Allen_