IN THE UNITED STATES DISTRICT COURT
FOR THE IOWA SOUTHERN DISTRICT
EIGHTH CIRCUIT

| | |
|---|---|
| MICHAEL J. MIRRAS, | ) |
| Plaintiff, | ) Case No. 4:08-cv-123 |
| vs. | ) |
| GREENTREE FINANCIAL, | ) **RESISTANCE TO PLAINTIFF'S JUDGMENT BY DEFAULT AND DEFENDANTS' MOTION TO DISMISS** |
| Defendant, | ) |
| KEITH ANDERSON, | ) |
| Co-Defendant. | ) |

COMES NOW Defendants, Greentree Financial and Keith Anderson, by and through their attorneys, Lane & Waterman LLP, and for their Resistance to Plaintiff's Motion for Judgment by Default and Defendant's Motion to Dismiss state as follows:

1. On or about March 26, 2008 Plaintiff filed a Summons and Complaint in the United States District Court for the Iowa Southern District.

2. Upon information and belief Plaintiff attempted to serve the Summons and Complaint in the United States mail. Under Federal Rule of Civil Procedure 4c the service must be done by "a marshall or someone specially appointed". Certified mail is not proper service for a corporation. See Dahl v. Kanawha Inv. Holding Company, 161 F.R.D. 673, 680-81 (N.D. Iowa 1995).

3. Additionally, Co-Defendant Keith Anderson was never personally served any Complaint or Summons as required by the Iowa Rules of Civil Procedure and Federal Rule of Civil Procedure 4.

4. Defendants are in receipt of the Petition, however actual notice does not dispense with the requirements for proper service of process. See Id.

- 2 -

5. Additionally, if the court deems service proper, the undersigned contacted Plaintiff on Friday April 18, 2008 and on Monday April 21, 2008 regarding settlement. It was the understanding of the undersigned, that the parties agreed no answer would be filed until my clients considered the settlement offer.

6. Under Fed. R. Civ. P. 12(b)(5) a case can be dismissed on motion before the parties answer if service was not properly effectuated. As service was not proper this matter should be dismissed at Plaintiff's costs.

7. In the alternative, the Defendants hereby attach their Answer to the Petition and hereby file it concurrently with this Motion.

WHEREFORE, Defendants respectfully requests the Court dismiss Plaintiff's Motion for Judgment by Default and grant Defendants' Motion to Dismiss.

Respectfully submitted,

/s/

Troy D. Venner
Lane & Waterman LLP
220 N. Main, Suite 600
Davenport, Iowa 52801
(563) 324-3246

Copy to:

Michael J. Mirras, Plaintiff ProSe'
2909 Cooper Lane
Marshalltown, IA 50158

Proof of Service
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on April  23 , 2008.
By:    X  U.S. Mail            ___Fax
       ___Hand Delivered       ___UPS
       ___FedEx                ___Other
Signature  Kim K. Allen

- 2 -