RECEIVED
08 APR 23 PM 5: 23
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE IOWA SOUTHERN DISTRICT
## EIGHTH CIRCUIT

| | |
|---|---|
| MICHAEL J. MIRRAS, ) | |
|     Plaintiff, *ProSe'* ) | |
| ) | Case No.: cv-00123-RP-TJS |
| V. ) | |
| ) | **TRIAL BY JURY DEMANDED** |
| Greentree Financial, Defendant ) | |
| Keith Anderson, Co-Defendant ) | |

## JUDGMENT BY DEFAULT

Michael J. Mirras pro se' the Plaintiff in this case, deposes and says under penalty of perjury:

1. I am the Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. I make this affirmation pursuant to Rule 55.1 and 55.2(a) of the Federal Civil Rules for the Southern District of Iowa, in support of Plaintiff's application for the entry of a default judgment against Defendants.

3. This is an action to recover $240,355.50 owed by Defendants to Plaintiff for violations of the Federal Fair Credit Reporting Act and Fair Debt Collection Practices Act with punitive damages included. None of the Defendants are infants, in the military, nor an incompetent person.

4. Jurisdiction of the subject matter is based on Plaintiff at all times being a citizen of the United Sates and resident of the State of Iowa per the FCRA and DCPA section §813 of the DCPA and §1681p of the FCRA

5. This action was commenced on March 26th 2008 by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendants on March 29th 2008. Service was made via United States Postal Service on March 29th 2008 requiring a signed receipt certificate number 70053110000273258338 pursuant to FRCP 4 and 12 on the Defendants, Greentree Financial Services and Keith Anderson co-defendant located at 345 Saint Peter Street, Saint Paul, Minnesota 55102(800-270-3285) on or about March 29$^{th}$2008. Proof of service was filed with the clerk of the court and the Court assigned the case number **cv-00123-RP-TJS** indicating the Plaintiff has met the requirements of service as outlined in the local rules of civil procedure 5(d)(1).

6   Defendants have not answered the complaint and the time for Defendants to answer the complaint has expired ref FRCP 12.

7   This action seeks judgment for the liquidated amount of $240,000.00 plus costs of $355.50 as shown by the annexed Statement, which is justly due and owing, and no part of which has been paid to date.

8   The disbursements sought to be taxed have been made in this action or will necessarily be made herein.

WHEREFORE, Plaintiff requests the entry of Default and the entry of the annexed Judgment against Defendants.

Dated: Des Moines Iowa etc., April 22, 2008

Respectfully submitted this 22nd day of April 2008

*[signature]*

Michael J. Mirras, Plaintiff
2909 Cooper Lane
Marshalltown, IA. 50158
641-352-0049/7521682
michaelmirras@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing documents Judgement by Default Mirras vs. Greentree/Anderson has been served upon the Defendants at their business address at GreenTree Financial Services, 345 Saint Peter Street, Saint Paul, Minnesota 55102(800-270-3285) on or about 22nd of April 2008 U.S. Postal Service Certified Mail Return Receipt number 70053110000273641017.
Respectfully submitted this 22nd day of April 2008

*[signature]*

Michael J. Mirras, Plaintiff
2909 Cooper Lane
Marshalltown, IA. 50158
641-352-0049/7521682
michaelmirras@yahoo.com