RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE IOWA SOUTHERN DISTRICT
### EIGHTH CIRCUIT

08 APR 23 PM 5: 24

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

| | |
|---|---|
| MICHAEL J. MIRRAS, ) <br> Plaintiff, *ProSe'* ) <br> ) <br> V. ) <br> ) <br> Greentree Financial, Defendant ) <br> Keith Anderson, Co-Defendant ) | Case No.: cv-00123-RP-TJS <br><br> TRIAL BY JURY DEMANDED |

## DEFAULT JUDGMENT

This action having been commenced on March 26th 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on March 29th 2008 via United States Postal Service on March 29th 2008 requiring a signed receipt 70053110000273258338 pursuant to local rules 5(d)(1) and FRCP 4 on the Defendants, Greentree Financial Services and Keith Anderson COO co-Defendant, 345 Saint Peter Street, Saint Paul, Minnesota 55102(800-270-3285) not having answered the Complaint, and the time for answering the Complaint having expired, it is:

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendants in the liquidated amount of $240,000.00 plus costs and disbursements of this action in the amount of $355.50 amounting in all to $240,355.50

Dated: Des Moines, Iowa _____

_____
U.S.D.J.

This document was entered on the docket on

_____