# IN THE UNITED STATES DISTRICT COURT
## FOR THE IOWA SOUTHERN DISTRICT
### EIGHTH CIRCUIT

| | |
|---|---|
| MICHAEL J. MIRRAS, ) | |
| Plaintiff, *ProSe'* ) | |
| ) | Case No.: cv-00123-RP-TJS |
| V. ) | |
| ) | TRIAL BY JURY DEMANDED |
| Greentree Financial, Defendant ) | |
| Keith Anderson, Co-Defendant ) | |

## STATEMENT OF DAMAGES

Principal amount sued for------------------------------------------------- $240,000.00
Costs and disbursements:
Clerk's fee-------------------------------------------------------------- $    350.00
Process Server fee for service------------------------------------- $      5.50
Statutory fee---------------------------------------------------------- $ -------------
Total(as of 4/22/08)----------------------------------------------- $ 240,355.50

**AFFIXED AS EXHIBITS- COPY OF:**
1. SUMMONS
2. COMPLAINT
3. *PROOF OF SERVICE*

Respectfully submitted this 22nd day of April 2008

_____
Michael J. Mirras, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing documents Statement of Damages Mirras vs. Greentree/Anderson has been served upon the Defendants at their business address at GreenTree Financial Services, 345 Saint Peter Street, Saint Paul, Minnesota 55102(800-270-3285) on or about 22nd of April 2008 U.S. Postal Service Certified Mail Return Receipt 70053110000273641017.

_____
Michael J. Mirras Plaintiff
2909 Cooper Lane
Marshalltown, IA. 50158
641-352-0049/7521682

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the Southern Division      District of           Iowa

Michael J. Mirras, Plaintiff ProSe'

**SUMMONS IN A CIVIL ACTION**

V.

Greentree Financial Defendant
Keith Anderson, Co-Defendant

CASE NUMBER:

TO: (Name and address of Defendant)

Greentree Financial Services, 345 St. Peter Street, Saint Paul, Minnesota 55102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Mirras, Plaintiff ProSe'
2909 Cooper Lane
Marshalltown, IA. 50158
641-352-0049/752-1682
michaelmirras@yahoo.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _[signature]_     DATE  march 24, 2008

(By) DEPUTY CLERK



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm       FAQs

## Track & Confirm

**Search Results**

Label/Receipt Number: 7005 3110 0002 7325 8338
Detailed Results:
- Delivered, March 29, 2008, 9:35 am, SAINT PAUL, MN 55102
- Acceptance, March 27, 2008, 10:57 am, MARSHALLTOWN, IA 50158

Enter Label/Receipt Number.
3110 0002 7325 8338

Track & Confirm
Get current event i[nformation]

Site Map   Contact Us   Form...

Copyright© 1999-2007 USPS. All Rig[hts Reserved]

http://trkcnfrm1.smi.usps.com/PTSInt

---

**U.S. Postal Service — CERTIFIED MAIL — RECEIPT**

SAINT PAUL MN 55102

$1.14   0658
$2.65
$2.15
$0.00
$5.94   03/27/2008

GREENTREE FINANCIAL
345 ST. PETER ST.
ST. PAUL MN 55102

7005 3110 0002 7325 8338

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
GREENTREE FINANCIAL
345 ST. PETER ST.
ST. PAUL, MN.
55102

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature   ☐ Agent   ☐ Addressee
X _____
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number: 7005 3110 0002 7325 8338

102595-[...]