RECEIVED
08 APR 23 PM 5: 24
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE IOWA SOUTHERN DISTRICT
## EIGHTH CIRCUIT

| | |
|---|---|
| MICHAEL J. MIRRAS, ) | |
|    Plaintiff, *ProSe'* ) | |
| ) | Case No.: cv-00123-RP-TJS |
| V. ) | |
| ) | TRIAL BY JURY DEMANDED |
| Greentree Financial, Defendant ) | |
| Keith Anderson, Co-Defendant ) | |

## CLERK OF THE COURT CERTIFICATE

I, Marjorie E. Krahn, Clerk of the United States District Court for the Southern District of Iowa Eighth Circuit, do hereby certify that this action commenced on March 26th 2008 with the filing of a summons and complaint, a copy of the summons and complaint were served on the Defendants by serving via United States Postal Service a signed receipt under local rules 5(d)(1) 700531100000273258338 pursuant to FRCP 12 and 4 on the defendants, Greentree Financial and Keith Anderson COO located at, 345 Saint Peter Street, Saint Paul, Minnesota 55102(800-270-3285), on March 29th 2008 and proof of such service thereof was filed on April 03rd 2008 and entered April 04th 2008.
I further certify that the docket entries indicate that the Defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendants is hereby noted.

Dated:_____      Des Moines Iowa Marjorie E. Krahn, Clerk of the Court

_____

Deputy Clerk of the Court                                          Dated