RECEIVED
08 MAY -6 AM 10: 31
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE IOWA SOUTHERN DISTRICT
## EIGHTH CIRCUIT

| | |
|---|---|
| MICHAEL J. MIRRAS, ) | |
|    Plaintiff, *ProSe'* ) | |
| ) | Case No.: 4:08cv-00123-RP-TJS |
| V. ) | |
| ) | TRIAL BY JURY DEMANDED |
| Greentree Financial, Defendant ) | |
| Keith Anderson, Co-Defendant ) | |

## RESPONSE TO DEFENDANTS ANSWERS TO COMPLAINT
## AND MOTION TO QUASH MOTION TO DISMISS

COMES NOW THE PLAINTIFF, Michael J. Mirras and responds as follows:

1. The Defendants were served according to the Local Rules of Civil Procedures 5(d)(1). The Clerk of the court accepted all the required verification documentation, affidavit of service sworn to under penalty of perjury and notarized and then issued a Case Number noted above as proof the Defendants were properly served.

2. Greentree is a Debt Collector as there can only be one original alleged Creditor and Greentree is not them.

3. Also find attached a copy of one of the many documents the Plaintiff have had sent to him by the Defendants indicating that "This is an attempt to collect a debt and any information obtained will be used for that purpose." Certainly indicating by self-admission that they are collecting a debt. As such governed under the Federal DCPA.

1

4. Also note the Overshadowing in the attached indices "YOUR ACCOUNT IS SERIOULY PAST DUE! CALL 800-494-4566 FOR PAYMENT ARRANGEMENTS" Indicating to the least sophisticated consumer they must act now as opposed to the 30 days allowed by law, Overshadowing 1996 U.S. Dist. LEXIS 22555, * DEBRA TYCHEWICZ, Plaintiff, v. RICHARD DOBBERSTEIN d/b/a CREDIT ASSOCIATES, Defendant. 96-C-0195-S

5. Finally the Defendants were served on March 29th 2008 and this has been confirmed in their response and also the acceptance by the Clerk of the Court of all documents supporting the service.

6. As such under rule 12(A) of the Federal Rules of Civil Procedure the Defendants have 20 days to respond not counting the day of service. As such their response time to reply/answer the complaint is April 20th 2008 that being a Sunday, Monday April 21, 2008 would be their response time deadline. The Defendants responded on April 23, 2008 two days outside of their obligation to respond.

7. As such, due to the Defendants lack of response according to the Rules, their Answer and Motions are Moot upon their face and should be Quashed as the answer was not filed in a timely manner under the rules of Civil Procedure.

8. Plaintiff Moves this Honorable Court for Default Judgement based on the fact the Defendants not responding in the time frame allowed by Civil Rules of Procedure 12(A) or in the alternative to move to rule 26f.

Respectfully submitted this 5th Day of May 2008

*M. Mirras*

Michael J. Mirras, Plaintiff
2909 Cooper Lane
Marshalltown, IA. 50158
641-352-0049/7521682
michaelmirras@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Response Answer and Motion to Dismiss/ Mirras vs. Greentree/Anderson has been served upon the Attorney of Record Troy Venner, Lane & Waterman LLP, 220 N. Main Suite 600, Davenport, IA 52801 (563) 324-3246 via US mail and e-mail TVenner@L-WLAW.com on or about the 5th day of May 2008

*M. Mirras*

Michael J. Mirras, Plaintiff
2909 Cooper Lane
Marshalltown, IA. 50158
641-352-0049/7521682
michaelmirras@yahoo.com

3

# GREENTREE

Mailstop L800H
800 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102

**MONTHLY BILLING STATEMENT**
Account Information

| | |
|---|---|
| Account # | 890003403 |
| Billing Date: | 08/06/07 |
| Year To Date Interest Paid: | $ |
| Escrow Balance: | $ |
| Corporate Advance Balance*: | $ |
| Principal Balance**: | $ 12,707.86 |

#BWNKDVR
#INBFCJHH4#

• 0150282 000128217 096T03-055803-PLP8
Michael Mirras
12484 Windy Ridge Dr
McCalla AL 35111-2800

*Corporate Advances represents monies advanced by servicer to pay taxes, insurance, and any other amount currently due that are not part of an escrow account.
**This is not the amount required to pay your loan in full.

**NEXT PAYMENT DUE DATE: 09/01/07**

| | |
|---|---|
| Current Payment: | $ 202.62 |
| Past Due Payment: | $ 12,359.82 |
| Escrow Due*: | $ |
| Insurance Due: | $ |
| Additional Charges Due: | $ |
| Billed Late Charges: | $ |
| **Total Amount Due:** | **$ 12,562.44** |

*Escrow represents monies collected and held by servicer for the future payment of taxes and insurance.

## GENERAL INFORMATION

**BILLING INQUIRIES**
Send Inquiries (not payment) with your account number to
Green Tree
PO Box 6172
Rapid City, SD 57709-6172

**CUSTOMER SERVICE**
For account information
Phone # 1-800-443-4505
Mon - Fri 7AM - 8PM CST
Saturday 7 AM - 1PM CST
www.gtservicing.com

Telephone calls may be monitored or recorded for quality assurance and training purposes.

**REMITTANCE ADDRESS**
Green Tree
PO Box 94710
Palatine, IL 60094-4710

SEE REVERSE SIDE FOR MORE CONTACT INFORMATION

## IMPORTANT INFORMATION

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
**YOUR ACCOUNT IS SERIOUSLY PAST DUE! CALL 800-494-4566 FOR PAYMENT ARRANGEMENTS**

## ACCOUNT INFORMATION SINCE LAST STATEMENT

Account reflects transactions posted as of 08/06/07 ——— INSURANCE ———

| Date Recv'd 00/00/00 | Principal Amount | Interest | Late Charges | Physical Damage | Life/ Disability | Other Insurance | Additional Charges | Additional Principal | Escrow |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*OOK582*

---

Detach and return this portion with remittance

# GREENTREE

-Please make checks payable to Green Tree-
**ACCOUNT NUMBER 890003403**

Receipt of a personal check is authorization to collect payment electronically.
See back of statement for more information.

| Payment Due Date | Extra Amt to Principal | TOTAL PAYMENT DUE | 12,562.44 |
|---|---|---|---|
| 09/01/07 | | TOTAL ENCLOSED $ | |

Enter total amount of payment enclosed

Michael Mirras
12484 Windy Ridge Dr
McCalla AL 35111-2800

GREEN TREE
PO BOX 94710
PALATINE, IL 60094-4710

89000340 3   00020262   0001256244