AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JUNE 20, 2008 |
| NAME OF SERVER (PRINT) ANDY LONIGAN | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 345 ST. PETER STREET,
C/O WANDA LAMB-LINDOW - OFFICE - ST. PAUL, MN 55102
AUTHORIZED TO ACCEPT SERVICE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-20-08
_____          _____
Date                              Signature of Server

_____
Address of Server

ARDEN PROCESS SERVICES, INC.
998 DANBURY CT.
EAGAN, MN 55123-1566

[stamp: CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IA — 08 JUN 25 AM 9:58 — RECEIVED]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the Southern Division     District of     Iowa

Michael J. Mirras, Plaintiff ProSe'

**SUMMONS IN A CIVIL ACTION**

V.

Greentree Financial Defendant
Keith Anderson, Co-Defendants

CASE NUMBER: 4:08cv-00123-RP-TJS

TO: (Name and address of Defendant)

    Greentree Financial Services, 345 St. Peter Street, Saint Paul, Minnesota 55102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Michael J. Mirras, Plaintiff ProSe'
    2909 Cooper Lane
    Marshalltown, IA 50158
    641-352-0049/752-1682
    michaelmirras@yahoo.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK    _[signature]_      DATE _March 24, 2008_

(By) DEPUTY CLERK

# ARDEN PROCESS SERVICES, INC

998 DANBURY COURT
EAGAN, MINNESOTA 55123-1566
PH: 651-452-3247 • 877-273-3677• FAX 651-452-2965
Web Site: www.ardenprocess.com • E-mail: apsgotcha@aol.com
Keyword: Minnesota Process Server
FEDERAL TAX ID: 41-1676534

Invoice submitted to:

MICHAEL J. MIRRAS
2909 COOPER LANE
MARSHALLTOWN IA 50158

June 21, 2008

In Reference To:   MICHAEL J. MIRRAS  VS GREENTREE FINANCIAL AND KEITH ANDERSON

Invoice #11446

Professional Services

| | Rate | Amount |
|---|---|---|
| 6/20/2008 SERVICE OF A SUMMONS IN A CIVIL CASE, COMPLAINT UPON <u>GREENTREE FINANCIAL AND KEITH ANDERSON C/O WANDA LAMB-LINDOW-OFFICER AUTHORIZED TO ACCEPT SERVICE FOR BOTH-ST. PAUL, MN</u> | 65.00/hr | 65.00 |
| For professional services rendered | 1.00 | $65.00 |
| 6/21/2008 Payment – thank you. Check No. 1024 | | ($65.00) |
| Total payments and adjustments | | ($65.00) |
| Balance due | | $0.00 |

THANK YOU FOR YOUR BUSINESS!
30 DAYS NET

# IN THE UNITED STATES DISTRICT COURT
# FOR THE IOWA SOUTHERN DISTRICT
# EIGHTH CIRCUIT

MICHAEL J. MIRRAS, )
    Plaintiff, *ProSe'* )
    )
V. )    Case No.: 4:08cv-00123-RP-TJS
    )
Greentree Financial, Defendant )    TRIAL BY JURY DEMANDED
Keith Anderson, Co-Defendant )

## MEMORANDUM TO THE COURT

Comes now the plaintiff Michael J. Mirras and respectfully submits the following:

1. The court ordered the Plaintiff to serve the Defendants by personal service.

2. The Plaintiff has complied with the orders of the court and respectfully submits the following documents of proof of personal service upon the Defendants.

3. Sworn affidavit of Arden Process Services Inc. of Eagan MN. Showing the Summons and amended complaint was served upon the Defendants at their business address at 345 St. Peter Street, St. Paul MN. On or about the 20th day of June 2008.

4. The complaint was served upon one CIO Wanda Lamb-Lindow, officer authorized to accept service.

5. The Plaintiff has attached the required documents to support these statements.

6. The Plaintiff respectfully moves the court to move this case to 26f-rule meeting and to submit the plan to the court within 45 days.

Respectfully submitted this 24th day of June 2008.

                                                */s/ Michael J. Mirras*
                                                Michael J. Mirras, Plaintiff
                                                2909 Cooper Lane
                                                Marshalltown, IA. 50158
                                                641-352-0049/752-1682
                                                michaelmirras@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Memorandum/ Mirras vs. Greentree/Anderson has been served upon the Attorney of Record Troy Venner, Lane & Waterman LLP, 220 N. Main Suite 600, Davenport, IA 52801 (563) 324-3246 via e-mail TVenner@L-WLAW.com on or about the 25th day of June 2008

*[signature]*

Michael J. Mirras, Plaintiff
2909 Cooper Lane
Marshalltown, IA. 50158
641-352-0049/752-1682
michaelmirras@yahoo.com



USA FIRST-CLASS FOREVER

MARSHALLTOWN IA 50158-0998
JUN 2 4 2008
USPS

Mr. Michael Mirras
2909 Cooper Ln.
Marshalltown, IA 50158

Clerk of the District Court
300 United States Courthouse
123 East Walnut Street
Des Moines, IA 50309-2035