IN THE UNITED STATES DISTRICT COURT
FOR THE IOWA SOUTHERN DISTRICT
EIGHTH CIRCUIT

| | | |
|---|---|---|
| MICHAEL J. MIRRAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:08-cv-123 |
| | ) | |
| vs. | ) | |
| | ) | **ANSWER TO AMENDED COMPLAINT** |
| GREENTREE FINANCIAL, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| KEITH ANDERSON, | ) | |
| | ) | |
| Co-Defendant. | ) | |

COMES NOW Defendants, Greentree Financial and Keith Anderson, and for their Answer state:

*Lines 1-6*   Admit Green Tree is a financial service company; deny that it is a debt collector as defined by the Fair Debt Collection Practices Act; and admit that it is a credit lender.

*Lines 7-8*   Admits that the State of Iowa abides by the Fair Credit Reporting Act.

*Lines 9-11*   Defendants deny the allegations in Lines 9 through 11.

*Lines 12-13*   Defendants neither admit nor deny the statement in Lines 12 through 13 as it is a statement and not an allegation.

*Lines 14-19*   Defendants deny the allegations in Lines 14 through 19.

*Lines 20-24*   Defendants deny for lack of information the allegations in Lines 20 through 24.

### Count I

*Lines 26-31*   Defendants neither admit nor deny Lines 26 through 31 as they do not make allegations against Defendants. If they are intended to be allegations against Defendants they are expressly denied.

WHEREFORE, Defendants ask that Count I of Plaintiff's Amended Complaint be dismissed at Plaintiff's cost.

*Lines 33-35*   Defendants re-answer and re-plead their answers to Lines 1 through 31 of Plaintiff's Amended Complaint.

## Count II

*Lines 38-50*   Defendants admit that Plaintiff sent a letter on August 15, 2007 to Defendant Greentree. Denies that there has been no response by Defendant and further denies that Defendant violated Section 809 of the DCPA Validation of Debts [15 USC 1692g].

*Lines 51-52*   Defendants deny the allegations in Lines 51 through 52.

*Lines 53-59*   Defendants deny for lack of information that Plaintiff pulled his credit report from August of 2007. Defendants further deny for lack of information what was indicated on the reports allegedly pulled by Plaintiff. Defendants deny the remaining allegations in Lines 53 through 59.

WHEREFORE, Defendants ask that Count II of Plaintiff's Amended Complaint be dismissed at his cost.

*Lines 61-62*   Defendants re-answer and re-plead their answers to Lines 36 through 62.

## Count III

*Line 64-106*   Defendants admit that Plaintiff has cited portions of the Fair Credit Reporting Act in Lines 64 through 106 but deny violating them.

*Lines 107-110*   Defendants deny the allegations in Lines 107 through 110.

WHEREFORE, Defendants ask that Count III of Plaintiff's Amended Complaint be dismissed at his cost.

*Lines 112-113*   Defendants re-answer and re-plead their answers to Lines 63 through 113 of Plaintiff's Amended Complaint.

## Count IV

*Lines 115-141*   Defendants admit that Plaintiff has cited portions of the Fair Credit Reporting Act but deny violating them.

*Lines 142-147*   Defendants deny for lack of information the allegations in Lines 142 through 147.

WHEREFORE, Defendants ask that Count IV of Plaintiff's Amended Complaint be dismissed at his cost.

*Lines 149-150*   Defendants re-answer and re-plead their answers to Lines 113 through 150 of Plaintiff's Amended Complaint.

## Count V

*Lines 152-154*   Defendants admit that Plaintiff sent a letter by certified mail to Keith Anderson.

*Lines 155-157*   Defendants deny for lack of information the allegations in Lines 155 through 157.

*Lines 158-163*   Defendants deny for lack of information the allegations in Lines 158 through 163.

*Line 164-169*   Defendants deny the allegations in Lines 164 through 169.

WHEREFORE, Defendants ask that Count V of Plaintiff's Amended Complaint be dismissed at his cost.

*Lines 170-171*   Defendants re-answer and re-plead their answers to Lines 151 through 171 of Plaintiff's Amended Complaint.

## Count VI

*Lines 173-178*   Defendants deny the allegations in Lines 173 through 178.

*Lines 179-187*   Defendants deny the allegations in Lines 179 through 187.

*Lines 188-194*   Defendants admit that Plaintiff has cited the Fair Consumer Reporting Act but denies violating it.

WHEREFORE, Defendants ask that Count VI of Plaintiff's Amended Complaint be dismissed at his cost.

*Lines 196-197*   Defendants re-answer and re-plead their answers to Lines 172 through 197 of Plaintiff's Amended Complaint.

## Count VII

*Lines 199-201*   Defendants neither admit nor deny as there are no allegations against Defendants in Lines 199 through 201.  If any of the statements in Lines 199 through 201 are intended to be allegations against Defendants they are expressly denied.

*Lines 202-205*   Defendants deny the allegations in Lines 202 through 205.

WHEREFORE, Defendants ask that Count VII of Plaintiff's Amended Complaint be dismissed at his cost.

*Line 207-208*   Defendants re-answer and re-plead their answers to Lines 198 through 208 of Plaintiff's Amended Complaint.

## <u>Count VIII</u>

*Lines 210-216*   Defendants deny for lack of information the allegations in Lines 210 through 216.

*Lines 217-218*   Defendants re-answer and re-plead their answers to Lines 209 through 218 of Plaintiff's Amended Complaint.

*Lines 219-222*   Defendants deny for lack of information the allegations in Lines 219 through 222.

*Lines 223-224*   Defendants deny for lack of information the allegations in Lines 223 through 224.

             WHEREFORE, Defendants ask that Count VIII of Plaintiff's Amended Complaint be dismissed at his cost.

*Lines 232-233*   Defendants re-answer and re-plead their answers to Lines 209 through 223 of Plaintiff's Amended Complaint.

*Lines 234-236*   Defendants neither admit nor deny Lines 234 through 236 as there are no allegations.  To the extent Lines 234 through 236 are allegations against Defendants they are expressly denied.

## <u>AFFIRMATIVE DEFENSES</u>

Defendants state as follows for their affirmative defenses to Plaintiff's Amended Complaint:

1. Defendants were not debt collectors as defined under the Fair Debt Collection Practices Act.

2. Any violation of either the Fair Credit Reporting Act or Fair Debt Collection Act, which is expressly denied, was the result of a bona fide error.

3. Plaintiff's claim should be dismissed for failing to state a claim for which relief can be granted.

Respectfully submitted,

Troy D. Venner
Lane & Waterman LLP
220 N. Main, Suite 600
Davenport, Iowa 52801
(563) 324-3246

Copy to:

Michael J. Mirras, Plaintiff ProSe'
2909 Cooper Lane
Marshalltown, IA 50158

Proof of Service

The undersigned certifies that the foregoing instrument was
served upon all parties to the above cause to each of the
attorneys of record herein at their respective addresses
disclosed on the pleadings on July 3, 2008.

By:  _X__ U.S. Mail          _____ Fax
     _____ Hand Delivered     _____ UPS
     _____ FedEx              _____ Other

Signature _Gini K. Allen_____

- 5 -