UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

ORDER GIVING NOTICE OF DISMISSAL RE: RULE 16

Plaintiff          CIVIL NUMBER
v.

Defendant

Notice is given that the above-entitled action will be dismissed under Local Rule 41.b, .d, fourteen (14) days from the date this order is filed for failure to file the Scheduling Order and Discovery Plan required by Local Rule 16.a, .b. A copy of Local Rule 41 and the Rule 16 worksheet and proposed scheduling order is forwarded with this order.

Dated this        Day of

CLERK, U.S. DISTRICT COURT

By:_____
Deputy Clerk