IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

MICHAEL J. MIRRAS           )
                            )
         Plaintiff(s),      )         NO. 4:08-cv-123
                            )
vs.                         )
                            )         PROPOSED
GREENTREE FINANCIAL         )         SCHEDULING ORDER AND
                            )         DISCOVERY PLAN
         Defendant(s).      )

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures?   __X__ yes  _____ no   If you answer "no," state whether any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures:   _____ yes __X__ no
*If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: _____

2. Deadline for motions to add parties:           December 1, 2008
3. Deadline for motions to amend pleadings:       January 1, 2009
4. Expert witnesses disclosed by:   a) Plaintiff:   January 1, 2009
                                    b) Defendant:   March 1, 2009
                                    c) Plaintiff Rebuttal: _____
5. Deadline for *completion* of discovery:        February 1, 2009
6. Dispositive motions deadline (*at least 120 days before Trial Ready Date*):  January 1, 2009
7. Trial Ready Date (*at least 120 days after Dispositive Motions Date*):  June 1, 2009
8. Has a jury demand been filed?        __X__ yes     _____ no
9. Estimated length of trial:           __2__ days
10. Settlement conference (choose one of the following):  (a) _____ A court-sponsored settlement conference should be set by the court at this time for a date after: _____ ; or
    (b) __X__ A court-sponsored settlement conference is not necessary at this time.
11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?     _____ yes     _____ no
12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?
                            _____ yes     __X__ no

_____              /s/_____
Attorney for Plaintiff(s):                   Attorney for Defendant(s): Troy D. Venner, Lane & Waterman LLP
Address:                                     Address: 220 N. Main, Suite 600, Davenport, IA 52801
Telephone:                                   Telephone: 563-324-3246
Facsimile:                                   Facsimile: 563-324-1616
E-mail address:                              E-mail address: tvenner@l-wlaw.com