IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

MICHAEL J. MIRRAS )
)
Plaintiff(s), )      NO. __4:08-cv-123__
)
vs. )
)      PROPOSED
GREENTREE FINANCIAL )      SCHEDULING ORDER AND
)      DISCOVERY PLAN
Defendants )

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures? __X__ yes _____ no  If you answer "no," state whether any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures: _____ yes __X__ no
If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity. If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made

2. Deadline to add parties:           December 1, 2008
3. Deadline for motion to amend pleadings:   January 1, 2009
4. Expert witnesses disclosed by:   a) Plaintiff:    January 1, 2009
                                     b) Defendant:   March 1, 2009
                                     c) Plaintiff Rebuttal: _____
5. Deadline for completion of discovery:   February 1, 2009
6. Dispositive motions deadline (at least 120 days before Trial Ready Date): January 1, 2009
7. Trial Ready Date (at least 120 days after Dispositive Motions Date): June 1, 2009
8. Has a jury demand been filed?    __X__ yes _____ no
9. Estimated length of trial:    __2__ days
10. Settlement conference (choose one of the following): (a) _____ A court-sponsored settlement conference should be set by the court at this time for a date after: _____; or
(b) __X__ A court-sponsored settlement conference is not necessary at this time.
11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ P. 16(b) and 26(f)?   _____ yes _____ no
12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?   _____ yes __X__ no

Attorney for Plaintiff(s): _____
Address: _____
Telephone: 309-206-1813
Facsimile: _____
E-mail address: _____

Attorney for Defendant(s): Troy D. Venner, Lane & Waterman LLP
Address: 220 N. Main, Suite 600, Davenport, IA 52801
Telephone: 563-324-3246
Facsimile: 563-324-1616
E-mail address: tvenner@l-wlaw.com