IN THE UNITED STATES DISTRICT COURT
FOR THE IOWA SOUTHERN DISTRICT
EIGHTH CIRCUIT

| | |
|---|---|
| MICHAEL J. MIRRAS, | ) |
| Plaintiff, | ) Case No. 4:08-cv-123 |
| vs. | ) **JOINT MOTION TO EXTEND DEADLINES** |
| GREENTREE FINANCIAL, | ) |
| Defendant, | ) |
| KEITH ANDERSON, | ) |
| Co-Defendant. | ) |

COMES NOW the parties in this matter and for their Motion to Extend Deadlines and continue the trial state as follows:

1. The parties are in the process of completing discovery and setting up depositions, some of which may be in Minneapolis, Minnesota.

2. Due to the inability to complete discovery, the deadlines as set would prejudice both parties in completion of this matter.

3. The parties are currently finishing written discovery and will then proceed with depositions.

WHEREFORE, the parties respectfully request the Court allow it to enter into an Amended Scheduling Order and continue the current trial date to coincide with that Scheduling Order.

- 2 -

                                              Respectfully submitted,

                                              ___/s/ Troy D. Venner_____
                                              Troy D. Venner
                                              Lane & Waterman LLP
                                              220 N. Main, Suite 600
                                              Davenport, Iowa 52801
                                              (563) 324-3246

Copy to:

Michael J. Mirras, Plaintiff ProSe'
2909 Cooper Lane
Marshalltown, IA 50158

                 Proof of Service
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on December 31, 2008.

| By: | _X_ U.S. Mail | ___ Fax |
|---|---|---|
| | ___ Hand Delivered | ___ UPS |
| | ___ FedEx | ___ Other |

Signature____/s/ Gini K. Allen_____

- 2 -