IN THE UNITED STATES DISTRICT COURT
FOR THE IOWA SOUTHERN DISTRICT
EIGHTH CIRCUIT

| | |
|---|---|
| MICHAEL J. MIRRAS,<br>    Plaintiff, *ProSe'*<br><br>V.<br><br>Greentree Financial, Defendant<br>Keith Anderson, Co-Defendant | )<br>)<br>)<br>)   Case No.: 4:08cv-00123-RP-TJS<br>)<br>)   TRIAL BY JURY DEMANDED<br>) |

## REPORT OF THE PARTIES PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties was held by telephone on January 19, 2009 between:

    a. Michael Mirras as Plaintiff.

    b. Troy Venner as attorney for the Defendant.

2. Pre-Discovery Disclosures: The parties shall exchange the information required by Rule 26(a)(1) by TBD.

3. Discovery Plan:

    a. Discovery will be needed on the following subjects: The Plaintiff's claims and the Defendant's defenses.

    b. All discovery commenced in time to be completed by April 15, 2009

    c. Unless modified by stipulation of the parties:

> Depositions:
> Maximum of 5 depositions for the plaintiff and 5 depositions for the Defendant with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.
>
> Interrogatories:
> Maximum of 30 by each party, with responses due within 30 days after service.
>
> Request for Admissions:
> Maximum of 30 by each party, with responses due within 30 days after service.
>
> Request for Production:
> Maximum of 30 by each party, with responses due within 30 days after service.
>
> Supplementation:
> Supplements under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

4. Expert Testimony:

   Unless modified by stipulation of the parties, the disclosure of expert witnesses – including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert – are due:

   a.  From the Plaintiff: March 15, 2009

   b.  From the Defendants: April 15, 2009

5. Other Items:

   The Plaintiff shall have until December 20, 2008, to join any additional parties and until January 1, 2009 to amend the pleadings.

The Defendant shall have until February 9, 2009 to join any additional parties and until February 9, 2009 to amend the pleadings.

All potentially dispositive motions should be filed by April 1, 2009.

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

a.  By the Plaintiff: 30 days prior to trial.

b.  By the Defendant: 30 days prior to trial.

Objections are to be filed within 14 days after receipt of final lists.

This case should be ready for trial after May 1, 2009.

Trial is expected to last 1-2 days.

/s/ Troy Venner
Troy Venner
Lane & Waterman LLP, 220 N. Main Suite 600, Davenport, IA 52801 (563) 324-3246 via US mail and e-mail
TVenner@L-WLAW.com
Attorney for Defendant

/s/ Michael J. Mirras
Michael J. Mirras, Plaintiff *ProSe'*
961 Capitan St. NW
Los Lunas, NM. 87031
505-206-1813/990-0911

3