```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF IOWA
                        CENTRAL DIVISION
```

MICHAEL J. MIRRAS,             )
                               )    No. 4:08-CV-00123-RP-RAW
                               )
       Plaintiff Pro Se,       )
                               )
vs.                            )    ORDER ADOPTING SCHEDULING
                               )    ORDER AND DISCOVERY PLAN,
GREENTREE FINANCIAL and        )    SETTING TRIAL AND FINAL
KEITH ANDERSON,                )    PRETRIAL
                               )
       Defendants.             )

The Court has reviewed the parties' proposed scheduling order [19]. The following deadlines are set:

1.  Plaintiff's additional parties deadline was **December 20, 2008.**

2.  Plaintiff's amended pleadings were due by **January 1, 2009**.

3.  Defendants' additional parties deadline is **February 9, 2009.**

4.  Defendants' amended pleadings are due by **February 9, 2009**.

5.  Plaintiff's Expert Witness disclosures in compliance with Fed. R. Civ. P. 26(a)(2) are due by **March 15, 2009.**

6.  Defendants' Expert Witness disclosures in compliance with Fed. R. Civ. P. 26(a)(2) are due by **April 15, 2009**.

7.  Discovery shall be concluded, and not propounded, by **April 15, 2009.** The limitations on discovery stipulated to by the parties in the Report of the Parties Planning Meeting [19] are

incorporated herein as though set forth in full.

      8.   Dispositive Motion Deadline is **April 1, 2009**

This case has previously been set for jury trial before Chief Judge Robert W. Pratt beginning at **9:00 a.m. on Monday, July 19, 2010** at the United States Courthouse in Des Moines, Iowa. Estimated length of trial is two (2) days.

Final pretrial conference remains set before the undersigned **at 9:00 a.m. on Thursday, June 11, 2010,** by telephone conference call arranged by defendant. The Court may be reached at (515) 284-6217 for purposes of the conference. The parties should comply with the requirements for final pretrial conference previously ordered.

      IT IS SO ORDERED.

      Dated this 21st day of January, 2009.

_____
ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE