# IN THE UNITED STATES DISTRICT COURT
# FOR THE IOWA SOUTHERN DISTRICT
# EIGHTH CIRCUIT

| | |
|---|---|
| MICHAEL J. MIRRAS,<br>    Plaintiff, *ProSe'*<br><br>V.<br><br>Greentree Financial, Defendant<br>Keith Anderson, Co-Defendant | Case No.: 4:08cv-00123-RP-TJS<br><br>TRIAL BY JURY DEMANDED |

## MOTION FOR ORDER OF DISMISSAL

Michael J. Mirras, Plaintiff having reached an amicable settlement agreement with the

Defendants, Greentree Financial f.k.a. Canseco Finance and Keith Anderson

On or about June 8th 2009.

**IT IS HEREBY** Requested by the Plaintiff, Michael J. Mirras, that a **Motion of Dismissal**

**WITH PREJUDICE** be entered in the above case pending before this honorable court.

Each party bearing their own costs.

    Respectfully submitted,

On May 8th 2009.

 

*[signature]*
Michael J. Mirras, Plaintiff
961 Capitan St. NW
Los Lunas, NM. 87031
505-206-1813/990-0911
michaelmirras@yahoo.com