IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL J. MIRRAS, | * |
| | * |
| Plaintiff, | *   4-08-cv-123 |
| | * |
| v. | * |
| | * |
| GREENTREE FINANCIAL, Defendant, | * |
| KIETH ANDERSON, Co-Defendant, | * |
| | *   ORDER |
| Defendants. | * |
| | * |

Before the Court is Plaintiff Michael J. Mirras' Motion For Order Of Dismissal. The Motion is granted. This case is dismissed with prejudice. Each party shall bear their own costs.

IT IS SO ORDERED.

Dated this ___23rd___ day of June, 2009.

_____
ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT